IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

ALLEN A. BOSCH,

          Plaintiff,

vs.

RED RIVER VALLEY & WESTERN
RAILROAD COMPANY, a corporation,

          Defendant.

CIVIL ACTION NO. 3:08-cv-00101-RRE-KKK

**PLAINTIFF'S PROPOSED
SPECIAL VERDICT**

## PLAINTIFF'S SPECIAL VERDICT FORM

1. Was Defendant negligent on February 28, 2007?

    _____ Yes      _____ No

2. If your answer to Question No. 1 was "YES," did the negligence cause, in whole or in part, injury to Plaintiff?

    _____ Yes      _____ No

3. Did Defendant violate Federal Railroad Adminstration Regulation(s) on February 28, 2007?

    _____ Yes      _____ No

4. If your answer to Question No. 3 was "YES," did the violation cause, in whole or in part, injury to Plaintiff?

    _____ Yes      _____ No

5. What sum of money would fairly compensate Plaintiff for injuries sustained?

    $_____

270989-1

Dated: _____

                                              _____
                                              JURY FOREPERSON